**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:06-cv-239**

| | |
|---|---|
| REHABCARE GROUP EAST, INC. d/b/a | ) |
| REHABCARE GROUP THERAPY | ) |
| SERVICES, INC. | ) |
| A Delaware corporation, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BROOKWOOD VICTORIA HEALTH CARE | ) |
| CENTER, LLP d/b/a MAGNOLIA HEALTH | ) |
| CARE CENTER, A North Carolina limited | ) |
| liability partnership, | ) |
| | ) |
|       Defendant. | ) |

<u>**ORDER**</u>

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Milo S. Cogan of the law firm of McGuireWoods LLP to appear as additional counsel for the defendant in this matter filed on September 28, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Milo S. Cogan is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: October 2, 2006

Dennis L. Howell
United States Magistrate Judge