IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE GROUP THERAPY SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | |
| BROOKWOOD VICTORIA HEALTH CARE CENTER, LLP d/b/a MAGNOLIA HEALTH CARE CENTER, | ) ) ) ) | CIVIL NO. 1:06-cv-239 |
| Defendant. | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of James R. Craig, of the law firm of Tachau Maddox Hovious & Dickens, PLC, to appear as counsel for the plaintiff in this matter filed on January 30, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that James R. Craig is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: January 30, 2007

Dennis L. Howell
United States Magistrate Judge