IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV239

| | |
|---|---|
| REHABCARE GROUP EAST, INC., d/b/a REHABCARE GROUP THERAPY SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>Vs.<br><br>BROOKWOOD VICTORIA HEALTH CARE CENTER, LLP, d/b/a MAGNOLIA HEALTH CARE CENTER, a North Carolina limited liability partnership,<br><br>Defendant. | J U D G M E N T |

For the reasons set forth in the Memorandum and Order filed herewith, as well as those set forth in the Magistrate Judge's Memorandum and Recommendation,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover from the Defendant the sum of **EIGHT HUNDRED THIRTY-TWO THOUSAND, SIX HUNDRED EIGHTY-NINE DOLLARS AND FIFTY-FOUR CENTS ($832,689.54)**, through April 30,

2007, and **THREE HUNDRED DOLLARS AND THIRTY-THREE CENTS ($300.33)** per day from May 1, 2007, through the date this Judgment is entered, with interest thereon at the current federal judgment interest rate from the date of this Judgment until paid in full.

The matter of attorneys' fees is hereby deferred until same is filed and briefed with the Court as directed in the Memorandum and Order filed herewith.

Signed: August 14, 2007

Lacy H. Thornburg
United States District Judge